```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| ESMERALDA PELAYO RODRIGUEZ, | NO. CV-10-376-JPH |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 17, to **grant** Plaintiff's motion for summary judgment (ECF No. 13) and **reverse** and **remand for an immediate award of benefits.**

No objections have been filed.

Having reviewed the report and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED**:

The recommendation, **ECF No. 17**, to grant Plaintiff's motion for summary judgment (ECF No. 13) and REVERSE and REMAND for an immediate award of benefits is **ADOPTED in its entirety.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 4th of **April**, 2012.

                                              *s/ Rosanna Malouf Peterson*

                               CHIEF JUDGE ROSANNA MALOUF PETERSON
                                       United States District Court