**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ESMERALDA PELAYO RODRIGUEZ, )<br>                )<br>   Plaintiff,         )<br>                )<br>   vs.               )<br>                )<br>MICHAEL J. ASTRUE,     )<br>Commissioner of Social Security, )<br>   Defendant.     )<br>_____ ) | NO.  CV-10-376-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REVERSED and REMANDED** for an immediate award of benefits.

Judgment is entered for Plaintiff.

DATED this  4th  day of  April, 2012.

                              JAMES R. LARSEN<br>
                              District Court Executive/Clerk


                              by: __s/ Karen White_____<br>
                                    Deputy Clerk

cc: all counsel