UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| EMERALDA PELAYO RODRIGUEZ, | ) | NO. CV-10-376-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 24, to **grant** Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 20. Defendant does not object, ECF No. 23.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED**

1. The recommendation, **ECF No. 24,** to grant Plaintiff's motion for fees pursuant to the EAJA is **ADOPTED in its entirety**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 10th day of July, 2012.

*S/Rosanna Malouf Peterson*
CHIEF JUDGE ROSANNA MALOUF PETERSON
United States District Court

-1-